DANIEL G. BOGDEN
United States Attorney
NANCY J. KOPPE
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

```
                          RECEIVED
        ENTERED          SERVED ON
             COUNSEL/PARTIES OF RECORD

            FEB 2 2 2012

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:12-cr-_060_ |
| VS. | VIOLATION: |
| PAUL WEXLER, | 18 U.S.C. § 2422(b) - Coercion and Enticement |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

Between on or about November 8, 2011 and on or about December 6, 2011, in the State and Federal District of Nevada and elsewhere,

**PAUL WEXLER,**

defendant herein, did use a facility of interstate commerce to knowingly persuade, induce, and entice, and to attempt to knowingly persuade, induce, and entice an individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense under federal, state and local law, in violation of Title 18, United States Code, Section 2422(b).

DATED: this 22nd day of February, 2012.

**A TRUE BILL:**

/s/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

NANCY J. KOPPE
Assistant United States Attorney