RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
WILLIAM CARRICO
State Bar No. 003042
Assistant Federal Public Defender
411 E. Bonneville Ave. Ste 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorney for Paul Wexler

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PAUL WEXLER,<br><br>　　　　　　Defendant. | 2:12-cr-00060-MMD-VCF<br><br>MOTION FOR ORDER DIRECTING PAYMENT OF TRANSPORTATION EXPENSES |

　　　　COMES NOW the defendant, PAUL WEXLER, by and through counsel, William Carrico, Assistant Federal Public Defender, and moves this Honorable Court for its order directing the United States Marshal to pay subsistence and travel expenses necessary for the defendant to travel from Tigard, Oregon to U.S. District Court of Las Vegas, Nevada on or before Wednesday, January 30, 2013, to appear in court in the above-entitled matter for the purpose of Sentencing hearing at 9:30 a.m., before Judge Miranda M. Du. It is further requested that the Defendant be permitted to contribute the cost of a return flight at the same time so as to take advantage of the reduced rate paid for travel by the government.

. . .

. . .

. . .

1 |       This Motion is authorized by Title 42, United States Code, Section 4285, Title 18, United States Code, Section 3142 and the authority given to any judge, or magistrate judge, to consider the interests of justice in administering the proceeding before it.

DATED this 14th day of January, 2013.

RENE L. VALLADARES
Federal Public Defender

By   /s/ William Carrico
WILLIAM CARRICO
Assistant Federal Public Defender
Counsel for Paul Wexler

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER DIRECTING PAYMENT OF TRANSPORTATION EXPENSES

Pursuant to 18 U.S.C. §4285, any United States judge or magistrate may direct the United States Marshal to arrange for the payment of the subsistence and travel expenses of a defendant who has been released on bail in accordance with Title 18 U.S.C. §3142. This procedure anticipates that although the Defendant may not live in the jurisdiction, it may be necessary for an indigent defendant, such as Mr. Wexler, to make a subsequent appearance in court. The statutes provide the means necessary to insure that appearance.

The Defendant is obligated to appear for sentencing at a time and place convenient to the Court. He is indigent, and cannot afford the cost of travel to and from his home in Tigard, Oregon. Mr. Wexler lives with his 81 year old mother. He was dismissed from his last employment as a result of his arrest in this case. He requires five medications daily, and he lacks health insurance. In addition, he suffers from chronic bronchitis and seasonal allergies. It has been determined that the defendant qualifies for the appointment of counsel pursuant to 18 U.S.C. § 3006A.

Defendant, has informed his counsel that he does not have any funds in a bank account or otherwise. Because of his lack of funds, the defendant will be unable to pay for his travel unless this Court directs the United States Marshal to pay his necessary travel and subsistence expenses. Although the Statutes do not specifically authorize the expenditure of funds for the Defendant to travel back to his home, it is accepted practice to permit the purchase of a return flight, at the government rate, if the Defendant is not to be remanded to custody. It is not anticipated that the government will request that he be remanded.

. . .

. . .

. . .

1         The interests of justice would be served by a finding that the defendant is financially
2 unable to provide the necessary transportation to appear in Court.
3         DATED this 14th day January, 2012.

                                          Respectfully submitted,

                                          RENE L. VALLADARES
                                          Federal Public Defender

                                        By   /s/ William Carrico
                                                WILLIAM CARRICO
                                                Assistant Federal Public Defender
                                                Counsel for Paul Wexler

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PAUL WEXLER,<br><br>　　　　　　Defendant. | 2:12-cr-00060-MMD-VCF<br><br>ORDER DIRECTING PAYMENT OF TRANSPORTATION EXPENSES |

　　　　On the motion of defendant , made pursuant to 18 U.S.C. §4285, and good cause appearing therefor,

　　　　IT IS HEREBY ORDERED that the United States Marshal shall arrange for the defendant's non custodial transportation, or furnish the fare for such transportation, from Tigard, Oregon to U.S. District Court, District of Nevada (Las Vegas), on or before Wednesday, January 30, 2013, to appear in court in the above-entitled matter for the purpose of Sentencing hearing on the above-captioned matter, at 9:30 a.m., before Judge Miranda M. Du.

The reimbursement shall be made in the form of cash, United States Money Order, or cashier's check.

　　　　IT IS FURTHER ORDERED that the United States Marshal shall furnish the defendant with an amount of money for necessary subsistence expenses while en route to his destination, not to exceed the amount authorized as a per diem allowance for travel expenses under 5 U.S.C. §5702(a).

　　　　DATED this 16 of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

5