NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-60-MMD-VCF |
| Plaintiff, | |
| v. | **Stipulation to Extend Deadline to Respond to Defendant's Emergency Motion for Compassionate Release Under the FIRST STEP Act (ECF 42)** |
| PAUL WEXLER, | |
| Defendant. | |

It is hereby stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney, through Richard Anthony Lopez, Assistant United States Attorney, and Brandon Jaroch, Assistant Federal Public Defender, counsel for defendant Paul Wexler, that the Government's deadline to respond to Wexler's Emergency Motion for Compassionate Release Under the FIRST STEP Act, currently set for September 8, 2020, be extended to September 11, 2020.

This stipulation is entered into for the following reasons:

1.      On September 3, 2020, Defendant Paul Wexler filed a motion for compassionate release. Pursuant to General Order 2020-06, the Government must respond to Wexler's counseled motion within five days, which sets the deadline for the response in this case as September 8, 2020. Because of the intervening weekend and federal holiday on

Monday, September 7, this gives the Government two business days to respond to Wexler's 33-page motion, which further includes more than 250 pages of exhibits.

2.      Both AUSAs who originally prosecuted this case are no longer with the U.S. Attorney's Office in this District. New counsel for the Government was assigned to this case after the filing of Wexler's motion.

3.      The brief extension requested is not sought for purposes of delay, but to allow the Government time to adequately respond to Defendant Wexler's motion.

4.      This is the first request for an extension of time regarding the briefing schedule on Defendant Wexler's motion.

Dated this the 4th day of September, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Brandon Jaroch                              /s/ Richard Anthony Lopez
BRANDON JAROCH                         RICHARD ANTHONY LOPEZ
Assistant Federal Public Defender      Assistant United States Attorney
Counsel for Defendant
Paul Wexler

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

PAUL WEXLER,

          Defendant.

Case No. 2:12-cr-60-MMD-VCF

**Order**

      Based on the pending Stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that the deadline for the Government's response to Defendant

Wexler's Emergency Motion for Compassionate Release Under the FIRST STEP Act be

extended to September 11, 2020.

September 8, 2020

_____
HONORABLE MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE